# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alicia Bonner,<br><br>   Plaintiff,<br><br>v.<br><br>Verra Mobility Corporation, et al.,<br><br>   Defendants. | No. CV-23-02431-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Joint Stipulation to Dismiss (Doc. 31), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice as to Plaintiff Bonner's individual claims, and without prejudice as to the claims of the putative class/collective members, each party to bear their own costs and attorneys' fees.

Dated this 21st day of June, 2024.

_____
Douglas L. Rayes
Senior United States District Judge